IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMIE LUSKIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 8:20-cv-02393-PX |
| v. | * | |
| | * | |
| THE UNIVERSITY OF MARYLAND, | * | |
| COLLEGE PARK, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | *** | |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 29th day of July 2022, by the United States District Court for the District of Maryland, ORDERED that:

1. The Motion for Summary Judgment filed by Defendant University of Maryland, College Park (ECF No. 21) is hereby GRANTED;

2. The foregoing Memorandum Opinion is filed under SEAL for seven days pending comment from the parties;

3. The Clerk is DIRECTED to transmit copies of the foregoing Memorandum Opinion and this Order to counsel for the parties; and

4. CLOSE this case.

July 29, 2022                                       /S/
Date                                                Paula Xinis
                                                    United States District Judge